UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-2478**

Lewen v. Pennsylvania Soldiers' and Sailors' Home
(W.D. Pa. No. 1-17-cv-00148)

**ORDER**

      To facilitate electronic filing for larger groups of parties represented by the same attorney, the first named party in each group will be the designated filer, as follows:

      For all parties represented by Scott A. Bradley, Esq., or any other attorney from the Pennsylvania Office of Attorney General, the designated filer shall be the Pennsylvania Soldiers' and Sailors' Home.

Counsel is advised that the designated filer is for cm/ecf filing purposes only. Names of all represented parties must be listed on all forms, motions, and briefs. Attorneys representing smaller groups of parties must select all individual persons or entities as filers in cm/ecf.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: August 13, 2024
Lmr/cc: Nancy E. Lewen
All Counsel of Record