# THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | | |
|---|---|---|
| NANCY E. LEWEN, | : | |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | No. 24-2478 |
| | : | |
| PENNSYLVANIA SOLDIERS AND | : | |
| SAILORS HOME (PSSH) *et al.*, | : | |
| | : | |
| Appellees | : | |

## MOTION FOR EXTENSION OF TIME

Pennsylvania Soldiers and Sailors Home, the Pennsylvania Department of Military and Veterans Affairs, and the other Commonwealth appellees named in this matter,[1] by and through their counsel of record, hereby move for a 30-day extension of time to file their response brief. This motion is made pursuant to Local Appellate Rule 31.4 and is supported by the following:

1. Appellant Nancy Lewen ("Ms. Lewen) filed an informal brief on August 26, 2024. *See* ECF no. 8.

---

[1] The other named appellees include: Commandant Barbara Raymond; Brigadier General Anthony Carrelli, Adjutant General; Pennsylvania State Civil Service Commission; Chairman Bryan R. Lentz; Commissioner Odelfa Smith Preston; Commissioner Gregory M. Lane; Pennsylvania Department of Labor and Industry, Unemployment Compensation Board or Review; Kathy Manderino, Secretary of the Pennsylvania Department of Labor and Industry; Pennsylvania Bureau of Professional and Occupational Affairs; Suzanne Hendricks; Linda A. Kerns, Committee Member; Sherri Luchs, Committee Member; Pennsylvania Department of State/Office of Hearing Examiners; and Christopher K. McNally, Hearing Examiner.

2. On August 26, 2024, Ms. Lewen also filed a "Supplemental Appendix to Informal Brief" that includes an argument section along with "evidence not in the district court record." *See* ECF no. 9.

3. The appellees' response brief was originally due on or before September 25, 2024.

4. Deputy Attorney General Daniel Mullen requested a telephonic extension which changed the due date to October 10, 2024.

5. There is good cause to extend the response deadline for an additional thirty days and, as explained below, several of the reasons for good cause were not foreseeable when Mr. Mullen requested the telephonic extension.

6. Due to time-sensitive and expedited matters of high importance to the Commonwealth, drafting responsibilities for the instant case were recently reassigned to Deputy Attorney General Kathleen Wilde LaBay.

7. Ms. Wilde LaBay entered her appearance in this matter on October 2, 2024. *See* ECF no. 12.

8. Although Ms. Wilde LaBay promptly continued work on the appellees' brief, navigating pro se filings necessarily comes with special challenges.

9. Moreover, due to the large number of appellees, several different liaisons regularly provide feedback regarding the form and substance of the draft brief.

10. Beginning on October 4, 2024, Ms. Wilde LaBay became increasingly ill with COVID symptoms. Given the ever-changing strains of the COVID virus and other similar respiratory illnesses, it is hard to predict when Ms. Wilde LaBay will recover. Naturally, she is taking precautionary measures to avoid spreading illness to others.

THEREFORE, the Commonwealth appellees request an additional 30-day extension of time to file their response brief.

Respectfully submitted this 7th day of October, 2024,

                              MICHELLE A. HENRY
                              Attorney General

            By:   /s/ *Kathleen Wilde LaBay*
                     KATHLEEN WILDE LABAY
                     Deputy Attorney General

                     SEAN A. KIRKPATRICK
                     Chief Deputy Attorney General
                     Chief, Appellate Litigation Section

Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
Phone: (717) 418-9426
FAX: (412) 565-3028

# CERTIFICATE OF SERVICE

I, Kathleen Wilde LaBay, a Deputy Attorney General for the Commonwealth of Pennsylvania, hereby certify that on the 7th day of October, 2024, I served the foregoing Motion for Extension of Time via CM/ECF on all registered users.

I further certify that I served the same document by depositing a paper copy in the United States Mail, first-class, postage prepaid, addressed to the following:

**Nancy E. Lewen**
94 Park Street
Orwell, PA 44076

**DATED** this 7th day of October, 2024

/s/ *Kathleen Wilde LaBay*
KATHLEEN WILDE LABAY
Deputy Attorney General