**24-2478**



RECEIVED
OCT 1 5 2024
U.S.C.A. 3rd CIR

Nancy E. Lewen
94 Park Street
Orwell, PA 44076

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Third Circuit Court of Appeals

### Notice of Docket Activity

The following transaction was filed on 09/16/2024

**Case Name:**    Nancy Lewen v. Pennsylvania Soldiers and Sailors Home, et al
**Case Number:**    24-2478

**Docket Text:**
Appellee Pennsylvania Soldiers and Sailors Home verbally granted an extension of time to file brief until 10/10/2024 pursuant to 3d Cir. L.A.R. 31.4. (CJG)

**Notice will be electronically mailed to:**

Daniel B. Mullen

**Notice will be delivered by other means to:**

Nancy E. Lewen
94 Park Street
Orwell, PA 44076

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5271518
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 8285033, 8285034

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
21400 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

PHILADELPHIA PA 190

16 SEP 2024 PM 8 L



RETURN FOR POSTAGE



RECEIVED
OCT 15 2024
U.S.C.A. 3rd CIR