OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT

CLERK

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



October 17, 2024

Nancy E. Lewen
94 Park Street
Orwell, PA 44076

RE: Nancy Lewen v. Pennsylvania Soldiers and Sailors Home, et al
Case Number: 24-2478
District Court Case Number: 1-17-cv-00148

Dear Nancy E. Lewen,

The U.S. Postal Service returned the enclosed Appellee's Verbal Extension of Time as undeliverable because returned to sender.

The mail is hereby resent to the existing address on file.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie/tmm, Case Manager
267-299-4936

cc: Daniel B. Mullen, Esq.
    Kathleen A. Wilde LaBay, Esq.