OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



January 23, 2025

Nancy E. Lewen
Daniel B. Mullen, Esq.
Kathleen A. Wilde LaBay, Esq.

RE: Nancy Lewen v. Pennsylvania Soldiers and Sailors Home, et al
Case Number: 24-2478
District Court Case Number: 1:17-cv-00148

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Thursday, February 13, 2025.** This means your presence will not be required.

PSD/KY

Very truly yours,

*/s/ Patricia A. Dodszuweit/*

PATRICIA S. DODSZUWEIT
Clerk

By:

*/s/ Khadija Younger/*

Khadija Younger
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel**: KRAUSE PHIPPS and ROTH**, **Circuit Judges**